# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL PROTACK, <br><br> Plaintiff, <br><br> vs. <br><br> DELTA AIRLINES, INC., RICHARD TERRY, ORAN CLAYTON MILLER, CHRIS PUCKETT, THOMAS B. FAULKNER, MD, JIM GRAHAM, AND DAVID ALTMAN, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-0406-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for failure to timely to complete service of process of defendants.

Dated at Atlanta, Georgia, this 29th day of June, 2021.

JAMES N. HATTEN  
CLERK OF COURT

By:      s/ D. Barfield  
       D. Barfield, Deputy Clerk

Prepared, Filed, and Entered  
in the Clerk's Office  
June 29, 2021  
James N. Hatten  
Clerk of Court

By:    s/ D. Barfield  
      Deputy Clerk